UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VERNELL BASS,

      Plaintiff,

    v.                                                                                      Case No. 26-cv-732-JPG

MADISON COUNTY SHERIFF'S DEPARTMENT,

      Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Vernell Bass's motion for leave to proceed *in forma pauperis* (Doc. 2).

A federal court may permit an indigent party to proceed without pre-payment of fees. 28 U.S.C. § 1915(a)(1).  Nevertheless, a court can deny a qualified plaintiff leave to file *in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious or fails to state a claim.  28 U.S.C. § 1915(e)(2)(B)(i) & (ii).  The test for determining if an action is frivolous or without merit is whether the plaintiff can make a rational argument on the law or facts in support of the claim.  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Corgain v. Miller,* 708 F.2d 1241, 1247 (7th Cir. 1983).  An action fails to state a claim if it does not plead "enough facts to state a claim to relief that is plausible on its face."  *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  When assessing a motion to proceed *in forma pauperis,* a district court should inquire into the merits of the plaintiff's claims, and if the court finds them to be frivolous, it should deny leave to proceed *in forma pauperis*.  *Lucien v. Roegner,* 682 F.2d 625, 626 (7th Cir. 1982).

In a May 28, 2026, order, the Court noted that Bass failed to state a claim in his original complaint.  He attempted to state a claim under 42 U.S.C. § 1983 for wrongful arrest in violation of the Fourth Amendment.  However, he failed to sue individuals who were actually involved in

or responsible for the constitutional wrong against him, *see Colbert v. City of Chi.*, 851 F.3d 649, 657 (7th Cir. 2017), and he failed to allege any unconstitutional policy or custom for which the Sheriff, in his official capacity, might be liable, *see Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 690-91 (1978). The Court gave him 30 days to file an amended complaint that adequately pleads his Fourth Amendment claim and warned him that if he failed to file an adequate amended complaint, the Court would dismiss this case for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and would deny Bass's motion for leave to proceed *in forma* pauperis.

Bass has not filed an amended complaint. Therefore, as it warned it would do, the Court **DENIES** Bass's motion for leave to proceed *in forma pauperis* (Doc. 2), **DISMISSES** this case **without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: July 1, 2026**

_____
**J. PHIL GILBERT**
**DISTRICT JUDGE**

2