UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VERNELL BASS,

  Plaintiff,

 v.              Case No. 26-cv-732-JPG

MADISON COUNTY SHERIFF'S DEPARTMENT,

  Defendant.

## JUDGMENT

  This matter having come before the Court and the plaintiff having failed to state a claim,

  IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  July 1, 2026**     **MONICA A. STUMP, Clerk of Court**

                  **Deputy Clerk**

**Approved:** _____
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**